Makrouhi Srabian and Markar Srabian, Respondents, v. Jacob Holman, as Receiver of the Rents, Issues and Profits of Premises No. 63 LaSalle Street, Borough of Manhattan, City of New York, Appellant, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Edwin B. Hirschberg, Respondent, v. Jacques H. Hecht, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, Respondent, v. Donato Martini, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Dealers Auto Clearing Corporation, Respondent, v. North British Mercantile Insurance Co., Ltd., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

The People of the State of New York, on the Complaint of Joseph Wittine, Jr., Respondent, v. James A. Lundy, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

James J. O'Brien, Appellant, v. The New York Edison Company, Inc., Defendant, Floyd L. Carlisle and Frank W. Smith, Defendants, Respondents, and The Public Service Commission of the State of New York, Milo R. Maltbie, Chairman, Defendants, Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Sutton Place Gardens, Inc., Respondent, v. 333 East 57th Street, Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Franklin Surety Company and Another, Respondents, v. Adelson Construction & Engineering Corporation and Another, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. Appeal from order dismissed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the New York Title and Mortgage Company. Bayard U. Livingston, Jr., Trustee for Series N-30, and Others, Appellants; Joseph Golding and Isidore Hahn, as Executor, etc., of Alfred Hahn, Deceased, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and dis-